# First District Court of Appeal
## State of Florida

———————————————

No. 1D19-456

———————————————

Carlton Lorenzo Williams Sr,

  Appellant,

v.

State of Florida,

  Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

August 2, 2019

Per Curiam.

  Affirmed.

Lewis, Osterhaus, and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore and Damaris E. Reynolds, Assistant Attorneys General, Tallahassee, for Appellee.